Don RILEY, as Statutory Trustee of Riveco, Inc., and in his Individual Capacity, Appellant,

v.

H.H. McNABB, Trustee and Metz Banking Co., Respondent.

No. WD 53333.

Missouri Court of Appeals, Western District.

Dec. 16, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1998.

Application to Transfer Denied March 24, 1998.

Elvin S. Douglas, Jr., Harrisonville, for Appellant.

John R. Cleary, Kansas City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

PER CURIAM.

Appellant, in a court-tried case, sought to enjoin a foreclosure sale and recoup damages from mortgagor for fire loss damages, to enforce an oral contract to recover a second piece of real estate, and to obtain damages from the respondent bank for federal law on anti-tying loan provisions. He appeals the judgment in favor of Defendant. Affirmed. Rule 84.16(b).

REALM CONSTRUCTION, INC., Respondent,

v.

CW LUEBBERT CONSTRUCTION, INC., Appellant.

No. WD 53492.

Missouri Court of Appeals, Western District.

Jan. 6, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

John L. Lentell, Independence, for Appellant.

Thomas D. Rodenberg, Blue Spring, for Respondent.

Before EDWIN H. SMITH, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM.

Judgment was had against appellant in respondent's suit on a contract. Appellant claimed a lack of subject matter jurisdiction, but failed to supply record on appeal to support its contention. Judgment affirmed. Rule 84.16(b)